**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAY SHUMAN,

    Plaintiff,                                 No. C 09-00279 JSW

    v.

LEVI STRAUSS & CO.,                   **ORDER SETTING BRIEFING SCHEDULE**

    Defendant.
                                          /

        This matter is set for a hearing on April 10, 2009 on Plaintiff Jay Shuman's motion to remand. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 9, 2009 and a reply brief shall be filed by no later than March 16, 2009.

        If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

        **IT IS SO ORDERED.**

Dated: February 23, 2009

                                                             JEFFREY S. WHITE
                                                             UNITED STATES DISTRICT JUDGE