**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAY SHUMAN,

    Plaintiff,

  v.

LEVI STRAUSS & CO.,

    Defendant.

_____/

No. C 09-00279 JSW

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge William H. Alsup to determine whether it is related to *Jay Shuman v. Levi Strauss & Co.*, N.D. Civ. No. 09-0003-WHA. The reply on Plaintiff's motion to remand must still be filed no later than March 16, 2009. Any opposition to the potential relation of the federal cases shall be filed by no later than March 18, 2009.

**IT IS SO ORDERED.**

Dated: March 12, 2009

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Judge William H. Alsup